Bernard W. Snow for use of James Flynn, defendant in error, v. Lyon & Healy and M. A. Healy, plaintiffs in error. Gen. No. 31,190.

Action on replevin bond. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for the first district

at the October term, 1926. Reversed and judgment here. Opinion filed April 6, 1927.

Jose Ward Hoover, for plaintiffs in error; Morton S. Cressy and Otto W. Jurgens, of counsel. David J. Murphy, for defendant in error; Sidney Rosenblum, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.